■ In the Matter of JOEL O'KEEFE, Petitioner, v ANTHONY ANNUCCI, as Acting Commissioner of New York State Department of Corrections and Community Supervision, Respondent. [994 NYS2d 878]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered Mar. 21,

2014) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.